AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

CHARLES ROBERT JACKSON,

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:15-CV-00032-SMJ |
| B. CLEMENT, LAURA MATHIASON, JEFFERSON | ) | |
| OVERHOLSER, DEPARTMENT OF CORRECTIONS, | ) | |
| JOANNA  P. AND P. HILL, | ) | |
| _____ | | |
| *Defendant* | | |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted under
28 U.S.C. 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

❏  decided by Judge _____ on a motion for

Date:  June 5, 2015

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Cheryl Cambensy
_____
*(By) Deputy Clerk*

Cheryl Cambensy
_____